# In the United States District Court
# For the Southern District of Georgia
# Waycross Division

FILED
John E. Triplett, Acting Clerk
United States District Court

By casbell at 3:55 pm, Sep 02, 2020

| | |
|---|---|
| SAMQUINTON MCNEAL, | * |
| Plaintiff, | * CIVIL ACTION NO.: 5:19-cv-50 |
| v. | * |
| JOHN COLEMAN, et al., in their individual and official capacities, | * |
| Defendants. | * |

## ORDER

The Court has conducted an independent and de novo review of the entire record and concurs with the Magistrate Judge's Report and Recommendation. Dkt. No. 57. Plaintiff did not file Objections to the Report and Recommendation.

Thus, the Court **ADOPTS** the Magistrate Judge's Report and Recommendation as the opinion of the Court and **DENIES as moot** Plaintiff's Order to Show Cause for a Preliminary Injunction and Temporary Restraining Order. Dkt. No. 29.

**SO ORDERED**, this 2 day of September, 2020.

HON. LISA GODBEY WOOD, JUDGE
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF GEORGIA

AO 72A
(Rev. 8/82)