FILED
John E. Triplett, Acting Clerk
United States District Court

By MGarcia at 1:48 pm, Oct 20, 2020

# IN THE UNITED STATES DISTRICT COURT
## FOR THE SOUTHERN DISTRICT OF GEORGIA
### WAYCROSS DIVISION

SAMQUINTON MCNEAL,

               Plaintiff

vs.

                            5:19-cv-50

JOHN COLEMAN, Warden, sued
individually and in his official capacity, et al.,

               Defendants

## ADOPTION ORDER

The Eleventh Circuit Court of Appeals has dismissed the Notice of Appeal.

**IT IS HEREBY ORDERED** that the Order of the Eleventh Circuit Court of Appeals is made the Order of this Court.

**SO ORDERED**, this ___20___ day of October 2020.

                         _____
HON. LISA GODBEY WOOD, JUDGE
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF GEORGIA